IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY ___ D.C.

05 JUN -6 PM 3: 16

ROBERT R. DI TROLIO
CLERK, U.S. DIST. CT.
W.D. OF TN, MEMPHIS

United States of America,

    Plaintiff,

vs.

Civil No. 05-2001-B V

One 2002 Chevrolet Avalanche,
VIN 3GNEK13T62G187620, with All
Appurtenances and Attachments Thereon,

Four Thousand Six Hundred Dollars
($4,600.00) in United States Currency,

    Defendants.

## ORDER

Pursuant to a complaint filed by the United States on January 3, 2005, seeking the forfeiture of One 2002 Chevrolet Avalanche, VIN 3GNEK13T62G187620, with All Appurtenances and Attachments Thereon and Four Thousand Six Hundred Dollars ($4,600.00) in United States Currency, under the provision of 21 U.S.C. §881(a)(6), it is hereby ORDERED:

    1.    That the United States Marshal for this district will seize the defendant conveyance and the defendant currency and hold said conveyance and currency subject to the further orders of this Court;

    2.    That the United States Marshal will serve a copy of the complaint on all known claimants to the defendant conveyance and the defendant currency including, without limitation, Vacha Lundrell Vaughn, Dana Lasha Daughtery, Pyramid Used Cars, and John Pritchard, Esq. attorney for Dana Lasha Daughtery;

    3.    That the United States Marshal will advertise in the <u>Daily News</u>, Memphis,

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on 6-9-05



Tennessee, for a period of three consecutive weeks, once per week. The advertisement will notice that the defendant conveyance and the defendant currency were seized by the Drug Enforcement Administration on July 26, 2004, in Somerville, Tennessee, from Vacha Lundrell Vaughn; that a Complaint for Forfeiture has been filed pursuant to 21 U.S.C. §881(a)(6); and that any parties claiming any interest in the said property must file a claim within thirty (30) days of the notice and an answer to the complaint within twenty (20) days thereafter;

4. The Marshal may use the attached legal notice in the advertisement.

ENTERED: This 6th day of June, 2005.

_____
UNITED STATES DISTRICT JUDGE

APPROVED:

TERRELL L. HARRIS
United States Attorney

By: _____
CHRISTOPHER E. COTTEN
Assistant United States Attorney
800 Federal Building
Memphis, Tennessee 38103
(#014277, Tennessee)
(901)544-4231

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 2 in case 2:05-CV-02001 was distributed by fax, mail, or direct printing on June 9, 2005 to the parties listed.

---

Christopher E. Cotten
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable J. Breen
US DISTRICT COURT