IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

United States of America,
        Plaintiff,

vs.                                                          Civil No. 05-2001-JDB-dkv

One 2002 Chevrolet Avalanche,
VIN 3GNEK13T62G187620, with All
Appurtenances and Attachments Thereon,

Four Thousand Six Hundred Dollars
($4,600.00) in United States Currency,
        Defendants.

---

**ORDER GRANTING PLAINTIFF'S MOTION TO SET
CASE FOR NEW SCHEDULING CONFERENCE**

---

The Government has requested that this case be set for a new scheduling conference. For good cause shown, that motion is granted. A scheduling conference in the above-styled case will be held on Thursday, May 24, 2007, at 9:30 a.m. in Courtroom 5, 3rd Floor Federal Building, 167 North Main Street, Memphis, Tennessee.

**IT IS SO ORDERED**, this  14th  day of  May                        , 2007.


                                              s/Diane K. Vescovo
                                              DIANE K. VESCOVO
                                              United States Magistrate Judge